## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Donald Lee Francis
In Proper Person
337 Cooper Drive
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 22, 2026

**REHEARING ACTION: July 22, 2026**

**Docket Number: 26   00332-CW**

**DONALD LEE FRANCIS**
**VERSUS**
**CLERK OF COURT, PARISH OF**
**LAFAYETTE**

**Writ Application from Lafayette Parish Case No. C-20262817, C-20150392**

**BEFORE JUDGES:**

**Hon. Jonathan W. Perry**
**Hon. Charles G. Fitzgerald**
**Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald Lee Francis** has this day been

**DENIED.**

cc: Hon. Louis J. Perret, Counsel for  the Respondent